UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

eCAPITAL HEALTHCARE CORP.,

Plaintiff,

*-against-*

ATLANTIC HOSPICE, INC., ANGELIC HEALTH OF SC LLC, ANGELIC PRACTICE MANAGEMENT LLC, ANGELIC HEALTH OF PA, LLC, ANGELIC PALLATIVE CARE OF SC, LLC, DANIEL MIKUS, and LEONARD KOLTMAN,

Defendants.

**ORDER**

25-CV-04931 (ER)

RAMOS, D.J.:

Atlantic Hospice, Inc., Angelic Health of SC LLC, Angelic Practice Management, LLC, Angelic Health of PA, LLC, Angelic Pallative Care of SC LLC, Daniel Mikus, and Leonard Koltman (collectively, "Defendants") are directed to file any opposition to eCapital Healthcare Corp.'s ("Plaintiff's") motion for summary judgment by August 7, 2026. Failure to respond will result in the motion for summary judgment being deemed unopposed.

Plaintiff is directed to mail the motion for summary judgment and a copy of this order to Defendants by July 14, 2026. Plaintiff is directed to file an affidavit of service on the Court's docket attesting to service.

It is SO ORDERED.

Dated: July 7, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.